1  SCOTT + SCOTT, LLC
   ARTHUR L. SHINGLER III (181719)
2  600 B Street, Suite 1500
   San Diego, CA  92101
3  Telephone:  619/233-4565
   Facsimile: 619/233-0508                    **E-filed 12/21/05**
4         -and-
   DAVID R. SCOTT
5  108 Norwich Avenue
   Colchester, CT  06415
6  Telephone: 860/537-3818
   Facsimile: 860/537-4432
7
   [Additional Counsel Listed Below]
8
                          **UNITED STATES DISTRICT COURT**
9
                          **NORTHERN DISTRICT OF CALIFORNIA**
10
   ─────────────────────────────────
11  CHANDRA SINGHAL, On Behalf of Herself   :
    and All Others Similarly Situated,       :   **C.A. No. C-05-4036 PJH**
12                                           :
                          Plaintiff,         :
13                                           :
     vs.                                     :   **PLAINTIFF CHANDRA SINGHAL'S**
14                                           :   **VOLUNTARY DISMISSAL OF ACTION**
    MERCURY INTERACTIVE                      :    AND ORDER  THEREON
15  CORPORATION, AMNON LANDAN,               :
    DOUGLAS P. SMITH, ANTHONY                :
16  ZINGALE, SUSAN J. SKAER, BRAD            :
    BOSTON, IGAL KOHAVI, CLYDE               :
17  OSTLER, GIORA YARON, YAIR SHAMIR,        :
    DAVID JAMES MURPHY III, YUVAL            :
18  SCARLAT and BRYAN LEBLANC,               :
                                             :
19                        Defendants.        :
   ─────────────────────────────────
20
21
22
23
24
25
26
27
28

1    Plaintiff Chandra Singhal hereby voluntarily dismisses this action without prejudice and
2 without notice.  Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the undersigned
3 certifies that no compensation in any form has passed directly or indirectly from any of the
4 defendants to the plaintiff or plaintiff's attorneys, and no promise to give any such compensation has
5 been made.

6 DATED:  December 1,  2005          **SCOTT + SCOTT, LLC**

8                                                         /s/ Arthur L. Shingler III
                                                         ARTHUR L. SHINGLER III

                                                         600 B Street, Suite 1500
10                                                       San Diego, CA  92101
                                                         Telephone:  619/233-4565
11                                                       Facsimile: 619/233-0508
                                                                 -and-
12                                                       DAVID R. SCOTT
                                                         108 Norwich Avenue
13                                                       Colchester, CT  06415
                                                         Telephone: 860/537-3818
14                                                       Facsimile: 860/537-4432

15                                                       **WECHSLER HARWOOD LLP**
                                                         ROBERT I. HARWOOD
16                                                       JEFFREY M. NORTON
                                                         488 Madison Avenue
17                                                       New York, NY 10022
                                                         Telephone: 212/935-7400
18                                                       Facsimile: 212/753-3630

19
                                                         **Attorneys for Plaintiff Singhal**
20

21
**OF COUNSEL:**
22
**LAW OFFICES OF CHARLES J. PIVEN, P.A.**
23 Charles J. Piven, Esq.
   401 East Pratt Street, Suite 2525
24 Baltimore, Maryland 21202
   Telephone: (410) 332-0030

Plaintiff Chandra Singhal's Voluntary Dismissal                                                        - 2 -

1  I, Arthur L. Shingler III, am the ECF User whose identification and password are being
2  used to file Plaintiff's Voluntary Dismissal. This document is served consistent with General
3  Order 45.IX.B.

Dated: December 1, 2005

SCOTT + SCOTT, LLC

By: /s/ Arthur L. Shingler III
    Arthur L. Shingler III

Attorneys for Plaintiff Singhal

12/21/05    It is so ordered.
    Judge Jeremy Fogel
    /s/electronic signature authorized
    United States District Court